# United States District Court

**EASTERN**      **DISTRICT OF**      **TENNESSE**

DEWEY LAMONS,                                       JUDGMENT IN A CIVIL CASE

V.

MICHAEL J. ASTRUE,                              CASE NUMBER: 3:08-cv-498
Commissioner of Social Security

[]     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED that this Court hereby enters a judgment under sentence four of 42

        U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner.

        July 9, 2009                               Patricia L. McNutt, Clerk
Date

                                              By    s/ A. Brush
                                              Deputy Clerk